# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CECILIA STROBERT, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CV416-116 |
| GEORGIA-PACIFIC CORPORATION, | ) ) ) |
| Defendant. | ) |

## O R D E R

The Court having reviewed and considered the petitions of Chad A. Shultz and Lauren D. Bellamy of the law firm of Gordon & Rees LLP, 3455 Peachtree Road, Suite 1500, Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of defendant Georgia-Pacific Corporation, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Chad A. Shultz and Lauren D. Bellamy as counsel of record for defendant Georgia-Pacific Corporation, in this case.

**SO ORDERED** this __29th__ day of July, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA