# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CECILIA STROBERT, | |
| Plaintiff, | Civil Action No.: 4:16-cv-00116-LGW-GRS |
| v. | |
| GEORGIA-PACIFIC CORP., | |
| Defendant. | |

## ORDER ON JOINT MOTION TO STAY PROCEEDINGS

It appearing that the parties have consented to a stay, and for good cause shown, it is hereby ORDERED that all proceedings and all deadlines and obligations relating thereto, including all discovery obligations, is hereby stayed up to and including February 6, 2017.

It is so ORDERED this 8th day of December, 2016.

Magistrate Judge
United States District Court