# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By tblanchard at 10:46 am, Oct 25, 2018

CECILIA STROBERT,                )
                                 )
    Plaintiff,                  )
                                 )
v.                               )
                                 )   CV416-116
GEORGIA PACIFIC CORP.,           )
                                 )
    Defendant.                  )

## REPORT AND RECOMMENDATION

Proceeding *pro se*[1] in her appeal from the Court's grant of summary judgment against her, Cecilia Strobert was ordered to "resubmit her application to proceed IFP on the Eleventh Circuit's form application" so the Court could consider her request to proceed *in forma pauperis* on appeal. Doc. 36 (noting that Strobert had both failed to comply with Fed. R. App. P. 24(a)(1) and had failed to include sufficient financial information for the Court to make any finding on her ability to pay, and ordering Strobert to complete the enclosed form application within 14

---

[1] Though represented by counsel before this Court, plaintiff has apparently elected to proceed *pro se* in her appeal of the judgment. *See* doc. 32 at 1 (explaining that her attorney failed to "represent [her] to the fullness" and does not "do federal appeal[s]").

days). Strobert has not returned that form, which was served along with the Court's Order. The Court is thus unable to evaluate her application. *See* Fed. R. App. P. 24(a)(1) (requiring parties seeking to appeal IFP to attach to their motion an affidavit detailing their inability to pay or to give security for fees and costs, state the issues to be appealed, and claim "an entitlement to redress."). Strobert's incomplete and insufficient application to proceed IFP on appeal should therefore be **DENIED**.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are

advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED** this __25th__ day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA