# 𝔘nited 𝔖tates 𝔇istrict 𝔆ourt
## for the 𝔖outhern 𝔇istrict of 𝔊eorgia
### 𝔖avannah 𝔇ivision

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 NOV 19 PM 4: 25

CLERK _____
SO. DIST. OF GA.

CECILIA STROBERT,           )
                            )
        Plaintiff,          )
                            )
v.                          )           CV 416-116
                            )
GEORGIA PACIFIC CORP.,      )
                            )
        Defendant.          )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this 19 day of November, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)